UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PATRICIA STILES, | ) | |
| | ) | 1:10-CV-00659 OWW SKO |
| Plaintiff, | ) | |
| v. | ) | **ORDER DISMISSING ACTION** |
| INTEGRITY FINANCIAL SERVICES, INC, et al. | ) | |
| Defendants. | ) | |

Pursuant to the notice of voluntary dismissal filed November 10, 2010 pursuant to FRCvP 41(a),

IT IS HEREBY ORDERED that this matter is dismissed without prejudice.

IT IS SO ORDERED.

**Dated:   November 10, 2010**          /s/ Oliver W. Wanger
                                        UNITED STATES DISTRICT JUDGE

1